1  WRIGHT, FINLAY & ZAK, LLP
   T. Robert Finlay, Esq., SBN 167280
2  Ronald M. Arlas, Esq., SBN 59091
3  4665 MacArthur Court, Suite 280
   Newport Beach, CA 92660
4  Tel: (949) 477-5050; Fax: (949) 477-9200

5  WRIGHT, FINLAY & ZAK, LLP
   Ronald M. Arlas, Esq. SBN 59091
6  907 Sir Francis Drake Blvd.
7  Kentfield, Ca. 94904
   Tel: 415/230-4350; Fax: 415/455-0370
8  rarlas@wrightlegal.net

9  Attorneys for Defendants CENTRAL MORTGAGE COMPANY

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALANOA FUAPAU,<br>     Plaintiff<br>vs.<br>CENTRAL MORTGAGE COMPANY, et al.,<br>     Defendants | Case No. 3:14-cv-00421-NC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** ; ORDER THEREON |

**TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD, IF ANY:**

**IT IS HEREBY STIPULATED** by and between Plaintiff TALANOA FUAPAU, an individual ("Plaintiff") and Defendant CENTRAL MORTGAGE COMPANY ( "Defendant") by and through their respective counsel of record, as follows:

**WHEREAS,** the Court initially scheduled a Case Management Conference in the above-captioned action for April 30, 2014 in Courtroom A, 15th Floor at 10:00 a.m.;

- 1 -

**WHEREAS,** Defendants' handling counsel Ronald M. Arlas, Esq., is out-of-the-country from April 15, 2014 through April 29, 2014, and Plaintiff has informed Defendants of a desire to file a First Amended Complaint;

**WHEREAS,** in light of the above and in the interests of judicial efficiency, the parties hereby Stipulate to continue the Case Management Conference and any other related deadlines associated therewith for a period of at least sixty (60) days.

Respectfully submitted,

WRIGHT, FINLAY & ZAK, LLP

Dated: April 17, 2014    By: ___/s/Ronald M. Arlas, Esq.___
T. Robert Finlay, Esq.,
Ronald M. Arlas, Esq., Attorneys for
Defendants CENTRAL MORTGAGE
COMPANY


Dated: April 17, 2014    MELLEN LAW FIRM


By: _____/s/Eunji Cho, Esq._____
Matthew D. Mellen, Esq.
Jessica Galletta, Esq.
Eunji Cho, Esq.
Attorneys for Plaintiff
TALANOA FUAPAU

ORDER

The Case Management Conference is continued to July 9, 2014 at 10:00 a.m. An updated joint case management statement is due July 2, 2014.

Dated: April 24, 2014

GRANTED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CERTIFICATE OF SERVICE

I, Catherine Lawler, declare as follows:

I am employed in the County of Marin, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 907 Sir Francis Drake Blvd., Kentfield, CA 94904.

On April 18, 2014, I served the within **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** on all interested parties in this action as follows:

Eunji Cho, Esq.
Jessica Ryan Galletta, Esq.
Matthew David Mellon, Esq.
MELLON LAW FIRM
411 Borel Avenue, Suite 320
San Mateo, CA  94402
Telephone:    (650) 638-0120
Fax:          (650) 638-0125
E-Mail:       mellenlaw@yahoo.com

[X]  (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(b)(2)(E). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing.

[X]  (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 18, 2014, at Kentfield, California.

*/s/ Catherine Lawler*
Catherine Lawler