Matthew D. Mellen (Bar No. 233350)
Jessica Galletta (Bar No. 281179)
Eunji Cho (Bar No. 286710)
MELLEN LAW FIRM
411 Borel Avenue, Suite 230
San Mateo, California 94402
Telephone: (650) 638-0120
Facsimile: (650) 638-0125

Attorneys for Plaintiff, TALANOA FUAPAU

WRIGHT, FINLAY & ZAK, LLP
Ronald M. Arlas, Esq. SBN 59091
907 Sir Francis Drake Blvd.
Kentfield, CA 94904
Tel: (415) 230-4350; Fax: (415) 455-0370
rarlas@wrightlegal.net

Attorneys for Defendant CENTRAL MORTGAGE COMPANY

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALANOA FUAPAU, an individual, | ) Case No.: 3:14-cv-00421-NC |
| | ) *Assigned to the Honorable Nathanael M.* |
| Plaintiffs, | ) *Cousins* |
| | ) |
| vs. | )**ORDER FOR EXTENDING TIME TO** |
| | )**RESPOND TO FIRST AMENDED** |
| CENTRAL MORTGAGE COMPANY, a | )**COMPLAINT FOR 14 DAYS** |
| business entity; OCWEN LOAN SERVICING, | ) |
| LLC, a business entity; HSBC BANK USA, N.A.,) | **[FRCP Rule 6(b)]** |
| AS TRUSTEE FOR HOLDERS OF ALLIANCE ) | |
| BANCORP TRUST 2007-S1, MORTGAGE | ) Complaint Filed: January 28, 2014 |
| BACKED PASS-THROUGH CERTIFICATES, | ) |
| SERIES 2007/S1, a business entity; and DOES 1 | ) |
| through 50, inclusive, | ) |
| Defendants. | ) |
| | ) |
| | ) |

## ORDER

**IT IS HEREBY ORDERED THAT:**

The Court having reviewed the application and stipulation, and for good cause appearing, hereby orders as follows:

1    Defendants' response to Plaintiff's First Amended Complaint is continued to May 15,

2    2014.

3    **IT IS SO ORDERED.**

4

5    Dated: _____April 30_____, 2014

GRANTED

*[signature]*

Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER FOR EXTENDING TIME TO RESPOND TO COMPLAINT FOR 14 DAYS

**CERTIFICATE OF SERVICE**

I, Catherine Lawler, declare as follows:

I am employed in the County of Marin, State of California.  I am over the age of eighteen (18) and not a party to the within action.  My business address is 907 Sir Francis Drake Blvd., Kentfield, CA 94904.

On April 30, 2014, I served the within **ORDER FOR EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT FOR 14 DAYS** on all interested parties in this action as follows:

Eunji Cho, Esq.
Jessica Ryan Galletta, Esq.
Matthew David Mellon, Esq.
MELLON LAW FIRM
411 Borel Avenue, Suite 320
San Mateo, CA  94402
Telephone:    (650) 638-0120
Fax:             (650) 638-0125
E-Mail:        mellenlaw@yahoo.com

[X]    (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(b)(2)(E). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing.

[X]    (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 30, 2014, at Kentfield, California.

_____
Catherine Lawler

1

**CERTIFICATE OF SERVICE**